UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLUEPRINT ROBOTICS, INC., )
1801 Iron Horse Drive, Suite B )
Longmont, CO 80501 )
 )
    Plaintiff, )
 )
v. ) Civil Action No. _____
 )
GERHARD SCHUBERT GmbH )
Hofäckerstr. 7 )
74564 Crailsheim )
Germany )
 )
    Defendant. )
_____ )

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, BluePrint Robotics, Inc. ("BluePrint"), for its complaint against Defendant, Gerhard Schubert GmbH ("Schubert"), alleges as follows:

### THE PARTIES

1. Plaintiff, BluePrint, which has its principal place of business at 1801 Iron Horse Drive, Suite B, Longmont, CO 80501, manufactures and sells automated packaging systems.

2. On information and belief, Defendant, Schubert, is a German company with its principal place of business at Hofäckerstr. 7, 74564 Crailsheim, Germany.

3. Defendant, Schubert, is the owner of record, and has held itself out to be the owner, of U.S. Patent No. 6,122,895 ("the '895 Patent"). A copy of the '895 Patent is attached hereto as Exhibit A.

## JURISDICTION AND VENUE

4. This action for declaratory relief arises under 28 U.S.C. §§ 2201-2202 and the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*.

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendant Schubert pursuant to 35 U.S.C. § 293.

7. Venue in this district is proper under 28 U.S.C. §§ 1391(b) and (c), 28 U.S.C. § 1391(d), and/or 35 U.S.C. § 293.

## BACKGROUND

8. On September 26, 2000, the '895 Patent, entitled "Process and Apparatus for Introducing Products Into Containers," was issued.

9. On April 16, 2007, Schubert sent a letter to BluePrint which identified the '895 Patent and asserted that, if Schubert determined its property rights infringed, it would not refrain from taking legal measures.

10. On April 23, 2008, Schubert, by its German counsel, issued another letter to BluePrint, asserting infringement by BluePrint of the '895 Patent and threatening legal action.

11. BluePrint does not infringe the '895 Patent and it has the right to make and sell its products without license from Schubert.

12. No BluePrint system or its operation infringes, directly or indirectly, any claim of the '895 Patent.

13. Each claim of the '895 Patent is invalid.

14. As a result of Schubert's assertions and demands, an actual controversy exists as to whether the automated packaging systems manufactured or sold by BluePrint infringe any claim of the '895 Patent and whether the '895 Patent is invalid.

## CLAIMS FOR RELIEF

### COUNT I: NON-INFRINGEMENT

15. BluePrint repeats, realleges and incorporates by reference the allegations contained in paragraphs 1-14 as though fully set forth herein.

16. No product manufactured or sold by BluePrint, or the operation of such product, infringes any claim of the '895 patent.

### COUNT II: INVALIDITY

17. BluePrint repeats, realleges and incorporates by reference the allegations contained in paragraphs 1-16 as though fully set forth herein.

18. The '895 Patent is invalid for failure to comply with the statutory requirements of, and conditions contained in, 35 U.S.C. §§ 102, 103 and 112, first and second paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests this Court to enter judgment against Defendant granting the following relief:

i. Declaratory relief stating that:

   (a) The '895 Patent is not infringed by BluePrint;

   (b) The '895 Patent is invalid;

   (c) Schubert, and those in active concert or participation with Schubert, including any licensees, are permanently enjoined from initiating patent infringement litigation against BluePrint based upon the '895 Patent, or initiating patent infringement litigation against

3

any of BluePrint's customers, dealers, agents, distributors or suppliers based upon the '895 Patent, or threatening BluePrint or any of its customers, dealers, agents, distributors or suppliers with patent infringement litigation based upon the '895 patent, or charging any of the foregoing either verbally or in writing with infringement of the '895 Patent.

    ii.    Costs, expenses and reasonable attorneys' fees; and

    iii.    Such other and further relief as the Court may deem just and proper.

### JURY DEMAND

19.    Plaintiff BluePrint demands a trial by jury on all issues so triable.

Dated: May 12, 2008                  Respectfully submitted,

YOUNG & THOMPSON

By: _____
Douglas V. Rigler (D.C. Bar No. 61838)

209 Madison Street, Suite 500
Alexandria, VA  22314
703-521-2297
*drigler@young-thompson.com*

Attorneys for Plaintiff BluePrint Robotics, Inc.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
BluePrint Robotics, Inc.

## DEFENDANTS
Gerhard Schubert GmbH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Douglas V. Rigler
Young & Thompson
209 Madison Street, Suite 500
Alexandria, VA 22314
703-521-2297

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

◉ **E.** *General Civil (Other)*   OR   ○ **F.** *Pro Se General Civil*

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☒ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

⦿ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Action for Declaratory Judgment of non-infringement and invalidity of patent; 28 U.S.C. §§ 2201-2202; 35 U.S.C. § 293

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $ _____ JURY DEMAND: | Check YES only if demanded in complaint YES ☒  NO ☐ |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☐  NO ☒ | If yes, please complete related case form. |
|---|---|---|---|

DATE  May 12, 2008    SIGNATURE OF ATTORNEY OF RECORD  _[signature]_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.