## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BLUEPRINT ROBOTICS, INC.,                )
1801 Iron Horse Drive, Suite B           )
Longmont, CO 80501                       )
                                         )
      Plaintiff,                      )
                                         )
v.                                       )      Civil Action No. _____
                                         )
GERHARD SCHUBERT GmbH                    )
Hofäckerstr. 7                           )
74564 Crailsheim                         )
Germany                                  )
                                         )
      Defendant.                      )
_____ )

## PLAINTIFF BLUEPRINT ROBOTICS INC.'S
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff BluePrint Robotics, Inc. states that it does not have a parent company and that no publicly held corporation owns more than 10% or more of its stock.

Dated: May 12, 2008

YOUNG & THOMPSON

By: _____
Douglas V. Rigler (D.C. Bar No. 61838)

209 Madison Street, Suite 500
Alexandria, VA  22314
703-521-2297
*drigler@young-thompson.com*

Attorneys for Plaintiff BluePrint Robotics, Inc.