UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUEPRINT ROBOTICS, INC.,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GERHARD SCHUBERT GmbH  )<br>  )<br>Defendant.  )<br>_____ ) | Civil Action No. 08-00813 (JDB) |

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING THE TIME FOR
SERVICE OF THE SUMMONS AND COMPLAINT**

Plaintiff BluePrint Robotics, Inc. hereby requests an extension of one hundred twenty (120) days in which to serve Defendant Gerhard Schubert GmbH with a copy of the Summons and Complaint.

When it filed its Complaint, Plaintiff notified Defendant of the instant suit, supplied copy of the Complaint, and invited a discussion to attempt to resolve the dispute. Plaintiff has since worked to arrange a face-to-face settlement meeting between the companies' high-level executives. Despite Plaintiff's diligence in offering alternative dates and locations, including locations in Europe, and Defendant's expressed willingness to attend such a meeting, it now appears that Defendant will not meet with Plaintiff before mid-October.

The parties have identified, and Plaintiff has confirmed, available alternative meeting dates in October and Plaintiff believes that an amicable resolution might be reached if such a meeting takes place. However, given Defendant's delay in confirming any date for a meeting, Plaintiff intends to serve Defendant with a copy of the Summons and Complaint, which in this

case must be done under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, pursuant to Fed. R. Civ. Pro. 4(h)(2).

Accordingly, Plaintiff requests that the Court issue an Order, in the form attached, granting an extension of 120 days in which to serve Defendant with a copy of the Summons and Complaint.

Plaintiff submits this *ex parte* application because Defendant has not identified any U.S. counsel as its representative. A copy of this application is being delivered to Defendant's German counsel, which has acted for Defendant in this matter regarding the above-described attempts to schedule a settlement meeting, and which authored the cease-and-desist letters identified in Plaintiff's Complaint.

Dated: September 5, 2008

Respectfully submitted,

YOUNG & THOMPSON

By: _____
Douglas V. Rigler (D.C. Bar No. 61838)

209 Madison Street, Suite 500
Alexandria, VA  22314
703-521-2297
*drigler@young-thompson.com*

Attorneys for Plaintiff BluePrint Robotics, Inc.

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING THE TIME FOR SERVICE OF THE SUMMONS AND COMPLAINT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 5, 2008, I caused a true and correct copy of the foregoing PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING THE TIME FOR SERVICE OF SUMMONS AND COMPLAINT and [PROPOSED] ORDER to be served upon counsel for Defendant Gerhard Schubert GmbH in the following manner:

### FIRST CLASS U.S. MAIL

Norbert Alber
HANSMANN & VOGESER
Albert-Rosshaupter-Str. 65
81369 Munich
Germany

_____
Douglas V. Rigler

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING THE TIME FOR SERVICE
OF THE SUMMONS AND COMPLAINT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUEPRINT ROBOTICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERHARD SCHUBERT GmbH ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 08-00813 (JDB) |

**[PROPOSED] ORDER**

At the District of Columbia this _____ day of _____, 2008, it is hereby ordered that for good cause shown Plaintiff BluePrint Robotics, Inc.'s Application for an Order extending the time for service of the Summons and Complaint by 120 days is Granted.

_____
Honorable John D. Bates
United States District Court Judge